


**PRISONER CASE**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Civil Cover Sheet

**KC FILED**
**DEC 05 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**Plaintiff(s):** United States of America ex rel. KEVIN PATTERSON

**Defendant(s):** GENE JUNGWIRTH

**County of Residence:** ROCK ISLAND

**County of Residence:**

**Plaintiff's Address:**
Kevin Patterson
A-83515
Moline - EMO
100 Hillcrest Road
East Moline, IL  61244

**Defendant's Attorney:**
Chief of Criminal Appeals
Illinios Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL  60601

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**07CV6853**
**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE ASHMAN**

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** [ ] Yes  [x] No

**Signature:** *A. E. Woodham*   **Date:** 12/05/2007

*Can not be Marovich*