FILED
DEC 0 4 2007 aew
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

KEVIN PATTERSON
Plaintiff

v.

GENE JUNGWIRTH
Defendant(s)

07CV6853
JUDGE GOTTSCHALL
MAGISTRATE JUDGE ASHMAN

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, __Kevin Patterson__, declare that I am the ☐plaintiff ☒petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?  ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. # __A-83515__   Name of prison or jail: __East Moline C.C.__
   Do you receive any payment from the institution? ☒Yes ☐No   Monthly amount: __$14.60__

2. Are you currently employed?   ☒Yes    ☐No
   Monthly salary or wages: __$14.60__
   Name and address of employer: __Illinois Department of Corr. East Moline C.C.__
   __100 Hillcrest Road. East Moline, Illinois__

   a. If the answer is "No":
      Date of last employment: __Still currently employed__
      Monthly salary or wages: __$14.60__
      Name and address of last employer: __Note above__

   b. Are you married?    ☐Yes   ☒No
      Spouse's monthly salary or wages: __N/A__
      Name and address of employer: __N/A__
      __N/A__

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                                    ☐Yes   ☒No
      Amount _____    Received by _____

   b.   ☐ Business, ☐ profession or ☐ other self-employment   ☐ Yes   ☒ No
   Amount_____ Received by_____

   c.   ☐ Rent payments, ☐ interest or ☐ dividends   ☐ Yes   ☒ No
   Amount_____ Received by_____

   d.   ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
   ☐ Yes   ☒ No
   Amount_____ Received by_____

   e.   ☐ Gifts or ☐ inheritances   ☐ Yes   ☒ No
   Amount_____ Received by_____

   f.   ☐ Any other sources (state source: **Family members** )   ☒ Yes   ☐ No
   Amount **Varies $10.-$50.** Received by **Family and friends**

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?   ☐ Yes   ☒ No   Total amount:_____
   In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?   ☐ Yes   ☒ No
   Property:_____ Current Value:_____
   In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☐ Yes   ☒ No
   Address of property:_____
   Type of property:_____ Current value:_____
   In whose name held:_____ Relationship to you:_____
   Amount of monthly mortgage or loan payments:_____
   Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
   ☐ Yes   ☒ No
   Property:_____
   Current value:_____
   In whose name held:_____ Relationship to you:_____

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents

   **No dependants at all, I was helping to support my Mother when I wasnt incarcerated.**

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _____

_Kevin Patterson_
Signature of Applicant

_KEVIN PATTERSON_
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period—and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, __PATTERSON__, I.D.# __A83515__, has the sum of $ __.03__ on account to his/her credit at (name of institution) __EAST MOLINE CORRECTIONAL CTR__ I further certify that the applicant has the following securities to his/her credit: __Ø__. I further certify that during the past six months the applicant's average monthly deposit was $ _____.
(Add all deposits from all sources and then divide by number of months).

_____         _____
   DATE                             SIGNATURE OF AUTHORIZED OFFICER

                                    _____
                                         (Print name)

rev. 7/18/02

-3-

## CERTIFICATE

(TO BE COMPLETED FOR PRISONERS ONLY. THIS IS A STATEMENT BY THE PRISON AND NOT THE PRISONER.)

I hereby certify that the plaintiff or petitioner in this action has the sum of $ .03 in his trust account at the correctional center where he is confined. I further certify that the plaintiff or petitioner has the following securities to his credit according to the records of this institution:

_____
_____
_____
_____
_____

_____ Julie Lanza _____
(Authorized Officer)

_____ EMCC _____
(Institution)

_____ Acct Tech I _____
(Title)

DATE  9-24-07

IMPORTANT:
THIS CERTIFICATE MUST BE ACCOMPANIED BY A COPY OF A SIX-MONTH LEDGER OF THE PLAINTIFF'S TRUST FUND ACCOUNT.

| Date: | 9/24/2007 | | | | East Moline Correctional Center | | | Page 1 |
|---|---|---|---|---|---|---|---|---|
| Time: | 11:08am | | | | Trust Fund | | | |
| d_list_inmate_trans_statement_composite | | | | | Inmate Transaction Statement | | | |

REPORT CRITERIA - Date: 03/24/2007 thru End;   Inmate: A83515;   Active Status Only ? : Yes;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: A83515 Patterson, Kevin**    **Housing Unit: EMO-AD-03-19**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 05/07/07 | Mail Room | 04 Intake and Transfers In | 127262 | 65451 | Taylorville C.C. | 189.34 | 189.34 |
| 05/11/07 | Payroll | 20 Payroll Adjustment | 131143 | | P/R month of 04/2007 | 2.05 | 191.39 |
| 05/11/07 | Mail Room | 01 MO/Checks (Not Held) | 131262 | 20008336272 | Pullen, R | 25.00 | 216.39 |
| 05/16/07 | Point of Sale | 60 Commissary | 136754 | 396321 | Commissary | -40.11 | 176.28 |
| 05/16/07 | Point of Sale | 60 Commissary | 136754 | 396326 | Commissary | -148.54 | 27.74 |
| 05/17/07 | Mail Room | 04 Intake and Transfers In | 137262 | 65555 | Taylorville C.C. | 19.20 | 46.94 |
| 05/30/07 | Point of Sale | 60 Commissary | 150754 | 397131 | Commissary | -42.02 | 4.92 |
| 06/12/07 | Mail Room | 01 MO/Checks (Not Held) | 163262 | 11081003670 | Session, A | 50.00 | 54.92 |
| 06/14/07 | Mail Room | 01 MO/Checks (Not Held) | 165262 | 11184845747 | Primm, J | 35.00 | 89.92 |
| 06/14/07 | Point of Sale | 60 Commissary | 165754 | 398462 | Commissary | -76.38 | 13.54 |
| 06/15/07 | Payroll | 20 Payroll Adjustment | 166143 | | P/R month of 05/2007 | 14.40 | 27.94 |
| 06/22/07 | Disbursements | 88 Postage | 173357 | Chk #92551 | 037560, Central Inmate Benefit, Inv. Date: 05/15/2007 | -4.60 | 23.34 |
| 06/22/07 | Point of Sale | 60 Commissary | 173755 | 399133 | Commissary | -22.86 | .48 |
| 07/06/07 | Mail Room | 01 MO/Checks (Not Held) | 187232 | 11081002623 | Session, Addrienne | 50.00 | 50.48 |
| 07/12/07 | Point of Sale | 60 Commissary | 193719 | 400716 | Commissary | -47.69 | 2.79 |
| 07/13/07 | Payroll | 20 Payroll Adjustment | 194143 | | P/R month of 06/2007 | 14.40 | 17.19 |
| 07/17/07 | Point of Sale | 60 Commissary | 198755 | 400995 | Commissary | -16.69 | .50 |
| 07/27/07 | Mail Room | 01 MO/Checks (Not Held) | 208232 | 11009406857 | Daun, Matthew | 50.00 | 50.50 |
| 08/01/07 | Point of Sale | 60 Commissary | 213754 | 401995 | Commissary | -47.01 | 3.49 |
| 08/16/07 | Point of Sale | 60 Commissary | 228760 | 403428 | Commissary | -2.99 | .50 |
| 08/17/07 | Payroll | 20 Payroll Adjustment | 229143 | | P/R month of 07/2007 | 14.40 | 14.90 |
| 08/28/07 | Point of Sale | 60 Commissary | 240755 | 404439 | Commissary | -13.30 | 1.60 |
| 09/10/07 | Disbursements | 88 Legal copies/Library | 253357 | Chk #92933 | 37906, Central Inmate Benefit, Inv. Date: 05/21/2007 | -.10 | 1.50 |
| 09/10/07 | Disbursements | 88 Copies/Library | 253357 | Chk #92933 | Central Inmate Benefit Fund, Inv. Date: 06/18/2007 | -.20 | 1.30 |
| 09/10/07 | Disbursements | 82 Debts due to State (non-postage) | 253357 | Chk #92934 | DOC: 523 Fund Inmate Reimburse, Inv. Date: 08/22/2007 | -.15 | 1.15 |
| 09/17/07 | Payroll | 20 Payroll Adjustment | 260143 | | P/R month of 08/2007 | 14.40 | 15.55 |
| 09/17/07 | Mail Room | 01 MO/Checks (Not Held) | 260262 | 11625255584 | Primm, J | 35.00 | 50.55 |
| 09/20/07 | Point of Sale | 60 Commissary | 263755 | 405965 | Commissary | -50.52 | .03 |

| | |
|---|---|
| **Total Inmate Funds:** | .03 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .00 |
| **Funds Available:** | .03 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |