**FILED**
**DECEMBER 4, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FILED
DEC 04 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KEVIN PATTERSON )
Plaintiff(s) )
)
v. )
) Case Number:
GENE JUNGWIRTH ) 07CV6853
Defendant(s) ) JUDGE GOTTSCHALL
) MAGISTRATE JUDGE ASHMAN
)

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, **Kevin Patterson**, declare that I am the (check appropriate box)
   [X] plaintiff [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

   _Kevin Patterson_
   Movant's Signature
   East Moline Corr. Center
   100 Hillcrest Road.
   Street Address
   East Moline, Illinois 61244
   City/State/Zip

Date: _____

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | **None** | Case Number | |
|---|---|---|---|
| Case Title | | | |
| Appointed Attorney's Name | | | |
| If case is still pending, please check box: ☐ | | | |

| Assigned Judge | **None** | Case Number | |
|---|---|---|---|
| Case Title | | | |
| Appointed Attorney's Name | | | |
| If case is still pending, please check box: ☐ | | | |

| Assigned Judge | **None** | Case Number | |
|---|---|---|---|
| Case Title | | | |
| Appointed Attorney's Name | | | |
| If case is still pending, please check box: ☐ | | | |

| Assigned Judge | **None** | Case Number | |
|---|---|---|---|
| Case Title | | | |
| Appointed Attorney's Name | | | |
| If case is still pending, please check box: ☐ | | | |