CH

# FILED

DEC 19 2007

Dec 19 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Chief of Criminal Appeals<br>Illinois Attorney General's Office<br>100 West Randolph - 12th Floor<br>Chicago, IL 60601 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br><br>RECEIVED<br>DEC 10 2007 |
| | 3. Service Type: The Attorney General<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0100 0001 7313 8236 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

07 CV 6853