

806 N.E.2d 1070 (Table)    Page 1

206 Ill.2d 638, 806 N.E.2d 1070 (Table), 282 Ill.Dec. 482
**(Cite as: 206 Ill.2d 638, 806 N.E.2d 1070 (Table))**

People v. Patterson
Ill. 2003.
(The decision of the Court is referenced in the North Eastern Reporter in a table captioned " Supreme Court of Illinois Dispositions of Petitions for Leave to Appeal".)

Supreme Court of Illinois
People
v.
**KevinPatterson**
**NO. 96900**

NOVEMBER TERM, 2003
December 03, 2003

Lower Court: No. 1-02-0694

Disposition: Denied.

Ill. 2003.
People v. Patterson
206 Ill.2d 638, 806 N.E.2d 1070 (Table), 282 Ill.Dec. 482

END OF DOCUMENT

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT B