**Westlaw.**

857 N.E.2d 680 (Table)                                                                                                          Page 1

221 Ill.2d 663, 857 N.E.2d 680 (Table), 306 Ill.Dec. 281
**(Cite as: 221 Ill.2d 663, 857 N.E.2d 680 (Table))**

People v. Patterson
Ill. 2006.
(The decision of the Court is referenced in the North Eastern Reporter in a table captioned "Supreme Court of Illinois Dispositions of Petitions for Leave to Appeal".)

Supreme Court of Illinois
People
v.
KevinPatterson
NO. 102994

SEPTEMBER TERM, 2006
September 27, 2006

Lower Court: No. 1-05-0847

Disposition: Denied.

Ill. 2006.
People v. Patterson
221 Ill.2d 663, 857 N.E.2d 680 (Table), 306 Ill.Dec. 281

END OF DOCUMENT

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT E