IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. KEVIN PATTERSON | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 07 C 6853 |
| GENE JUNGWIRTH, Warden, East Moline Correctional Center, | ) ) ) | The Honorable Joan D. Gottschall, |
| Respondent. | ) | Judge Presiding. |

**NOTICE OF MOTION**

     PLEASE TAKE NOTICE that on January 31, 2008, at 9:30 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Joan Gottschall or any judge sitting in her stead, in the courtroom occupied by her at 219 S. Dearborn Street, Chicago, Illinois, and present the attached **MOTION TO DISMISS**.

                            Respectfully submitted,

                            LISA MADIGAN
                            Attorney General of Illinois

BY:   s/Eric W. Truett
        ERIC W. TRUETT, BAR # 6291213
        Assistant Attorney General
        100 W. Randolph Street, 12th Floor
        Chicago, Illinois 60601
        PHONE: (312) 814-4684
        FAX: (312) 814-2253
        E-MAIL: etruett@atg.state.il.us

CERTIFICATE OF SERVICE

I hereby certify than on January 24, 2008, I electronically filed respondent's **NOTICE OF MOTION TO DISMISS** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, and I hereby certify that on that same day, I mailed by United States Postal Service the above-referenced motion to the following non-registered party:

Kevin Patterson, A83515
East Moline Correctional Center
100 Hillcrest Road
East Moline, Illinois 61244

        Respectfully submitted,

        LISA MADIGAN
        Attorney General of Illinois

By:  s/Eric W. Truett
      ERIC W. TRUETT, BAR # 6291213
      Assistant Attorney General
      100 W. Randolph Street, 12th Floor
      Chicago, Illinois 60601-3218
      PHONE: (312) 814-4684
      FAX: (312) 814-2253
      E-MAIL: etruett@atg.state.il.us