## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Kevin Patterson
              Plaintiff,

v.　　　　　　　　　　　　　　　　Case No.: 1:07−cv−06853
　　　　　　　　　　　　　　　　　　Honorable Joan B. Gottschall

Gene Jungwirth
              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 31, 2008:

      MINUTE entry before Judge Joan B. Gottschall :Briefing schedule as to MOTION by Respondent Gene Jungwirth to dismiss [11] is as follows : Responses due by 3/3/2008. Replies due by 3/17/2008. Ruling by mail. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.