IN THE UNITED STATES DISTRICT COURT
FOR THE __NORTHERN__ DISTRICT OF
__EASTERN__ DIVISION

| | |
|---|---|
| __KEVIN PATTERSON__ )<br>PLAINTIFF/PETITIONER )<br> )<br>VS. )<br> )<br> )<br>__EUGENE JUNGWIRTH__ )<br>DEFENDANT ) | NO. __1:07-CV-06853__<br><br>**FILED**<br>MAR 11 2008<br>MAR 1 1 2008  MB<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

### NOTICE OF MOTION

TO: Eric W. Truett
    Assistant Attorney General
    100 W. Randolph Street, 12th floor
    Chicago, Illinois 60601

PLEASE TAKE NOTICE that on the date shown hereafter I have filed in this court the following MOTION: Petitioners response to Respondent defendants Motion to Dismiss the Habeas Corpus Petition., and a Affidavit stating facts for filing said Motion out of time.

### CERTIFICATE OF SERVICE

The undersigned, having first been sworn under oath, hereby certifies and states that he has placed the aforementioned MOTION in the U.S. Mail Box with proper prepaid postage at the East Moline Correctional Center, 100 Hillcrest Road. E.M.Ill with the original and two copies to the Clerk of the above court and a copy of the same to the above named counsel for the opposing party. All of this was placed in the mail box for prompt delivery service on this __4th__ day of __March__ __2008__

/s/ _Kevin Patterson_
AFFIANT

Kevin Patterson
Reg. No. A-83515
East Moline Corr. Center
100 Hillcrest Road.
East Moline, Illinois 61244

SUBSCRIBED AND SWORN TO BEFORE ME
THIS _4_ DAY OF _March_, 200_8_.

_Patricia J. Hendrickson_
NOTARY PUBLIC

OFFICIAL SEAL
PATRICIA J. HENDRICKSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 12-10-09