# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6853 | **DATE** | 5/16/2008 |
| **CASE TITLE** | USA ex rel. Kevin Patterson vs. Jungwirth | | |

**DOCKET ENTRY TEXT**

Enter order. For the reasons explained in the attached order, respondent's motion to dismiss [11] is granted. Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | rj/es |
|---|---|---|