UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUN 2 0 2008
Jun 20, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

KEVIN PATTERSON            ,  )
    PLAINTIFF-APPELLEE,       )
                              )
VS.                           )   CASE NO. 07 C 6853
                              )
GENE JUNGWIRTH            ,   )
    DEFENDANT-APPELLANT,      )

NOTICE OF APPEAL

Notice is hereby given that  KEVIN PATTERSON  , appeals to the United States District Court of Appeals for the Seventh Circuit from the judgment entered as follows:

[Judgment in favor of] __RESPONDENT__ ;

[Type of Action] HABEAS CORPUS (APPEAL FROM STATE CONVICTION);

[Date of Judgment] MOTION TO DISMISS (GRANTED) 5/16/08 ;

[Certificate of Appealability] granted/denied ;

Respectfully submitted

_Kev~ Patterson_
# A83515

SUBSCRIBED AND SWORN BEFORE ME THIS 13 DAY OF June, 2008.

_Patricia J. Hendrickson_
NOTARY PUBLIC

OFFICIAL SEAL
PATRICIA J. HENDRICKSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 12-10-09