UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**FILED**
JUN 2 0 2008
Jun 20, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

KEVIN PATTERSON )
_____ )
PETITIONER, )
)
)
Vs. ) No. 07 C 6853
)
)
GENE JUNG WIRTH )
_____ )
RESPONDANT. )

CERTIFICATE OF APPEALABILITY/APPLICATION
FOR CERTIFICATE OF PROBABLE CAUSE

The above entitled Court, by its order on MAY 16, , 2008, denied the application of the above named Petitioner, KEVIN PATTERSON, for a Writ of Habeas Corpus. Petitioner desires to appeal from such order to the United States Court of Appeals for the Seventh Circuit, and in order to take such appeal petitioner respectfully requests that this Court issue a certificate of probable cause, pursuant to the provisions of Section 2253, Title 28, United States Code, and Rule 22(b) of the Federal Rules of Appellate Procedure.

Petitioner believes that he is entitled to redress on appeal, and Petitioner further believes that a Certificate of Probable Cause should issue on this case, on the following grounds:

PETITIONER'S APPEAL WAS NOT UNTIMELY BASED ON A LACK OF DILIGENCE BUT RATHER ANY FAILURE TO FILE IN A TIMELY MANNER WAS DUE TO AN IMPEDENCE OF PETITIONERS TO GAIN ADEQUATE ACCESS TO THE LAW LIBRARY.

1. That the above entitled court did not properly address the issues raised in the Petition for Writ of Habeas Corpus.

2. That the Petitioner was denied his right to due process of law.

Dated: JUNE 13, 2008 , , 200_.

_Kevin Patterson_
Name

_A83515_
Reg. #