**FILED**

JUN 2 0 2008

Jun 20, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07 C 6853

## MOTION FOR ISSUANCE OF CERTIFICATE OF APPEALABILITY

The petitioner, __KEVIN PATTERSON__, Pro Se, request that this Court issue a Certificate of Appealability for appeal in the above-entitled matter, and states in support the following:

1. The petitioner made application to this Court for a Writ of habeas corpus, challenging the validity of his detention by the state of Illinois and County of __COOK__.

2. This Court on __MAY 16,__ , __2008__, denied petitioner request for issuance of a writ of habeas corpus.

3. On __JUNE 13,__ , __2008__, the petitioner filed a notice of appeal from the Order of this Court denying the petition for writ of habeas corpus.

4. Petitioner cannot appeal this Court's denial without the issuance of a Certificate of appealability.

5. Petitioner intends to raise on appeal the following points, which he believes to be meritorious, The issue which reveals that the Court made specific findings that were error, regarding the limitations period, a valid cause for extending the time to file existed, pursuant to equitable tolling which was not properly reviewed, nor investigated by the District Court.

WHEREFORE, Petitioner prays that a Certificate of appealability for appeal is issued, in order for the defendant/Petitioner to present to the Honorable United States Court of Appeals the facts which support relief in the United States Federal Courts pursuant to the Procedures of Habeas Corpus.

/s/ Kevin Patterson