# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6853 | **DATE** | 8/8/2008 |
| **CASE TITLE** | USA ex rel. Kevin Patterson vs. Gene Jungwirth | | |

**DOCKET ENTRY TEXT**

On June 20, 2008, petitioner Kevin Patterson filed a motion for relief from judgment [23], as well as a request for a certificate of appealability. Respondent is ordered to file a response to the motion for relief from judgment [23] on or before August 22, 2008. The court will rule on petitioner's request for a certificate of appealability [22] after it resolves Patterson's motion for relief from judgment.

| | Courtroom Deputy Initials: | rj/es |
|---|---|---|